*Lakeisha McNeal vs International Paper*
*19-CV-602-KD-M*

Lakeisha McNeal

On February 28, 2019, I, Lakeisha McNeal, made it to work. I walked on the Palletizer, and Tiffany Harris asked me was there any pallet material on line 80. She then stated that the small stack of 27" and 32" pallet material was all I had.
I then called Marcus Cale twice on the radio, and I didn't get an answer. Then I called my nephew, Ladamien McNeal, to make sure my radio was working. After that Marcus Cale answered. I told him that I didn't have very much pallet material, I also told him that I probably would have enough to make it through first break (which was 1:00 a.m.). I went to break, so at approximately 1:55 a.m. I was completely out of dunnage. All I had to perform my job was a small stack of wide pallet material. All 5 machines were running, and that stack of wide pallet material didn't serve me any purpose at all. The machines were running one outs, kg's, and wraps. Prior to this situation, my union representative Jamie Welker told me if I run out of dunnage, I need to shut the machine down, since I wouldn't have everything I need to perform my job. So, when I used my last piece of dunnage, I said on the radio that I was down. In the palletizer SOP, it doesn't state that if we run out of the proper tools to perform our job that we have to go to the other machines to retrieve items. I walked off the palletizer to go to the restroom to blow my nose, because I have really bad sinuses. By that time, Terry Phillips had come over the radio and said go get pallet material from some of the machines. When I opened the bathroom door, I met Barbara Stevens-McGinnis, and she said "I know you're not down for no pallet material, and there's pallet material over there in rework." She walked out the restroom and I came behind her about 2 minutes later. When I came out the restroom, she was at the crossover talking to Marcus Cale. She then yelled on the radio, "Keisha, get to that Palletizer now, because you're going to have machines down." She then yelled again on the radio for Ladamien McNeal to go get me some pallet material.

When we were in a meeting on February 28, 2019, discussing the situation, Alfred Wallace was hitting the table with his hand while he was talking. He also said that I'm rude on the radio and that I talk down on people on the radio, which is not true.

I didn't take an unauthorized break, because a regular break is considered 10-15 minutes on most jobs. I was not even gone 5 minutes. It's a problem when I have to go to the restroom just to blow my nose, but Converting can shut the machines off 2 to 3 times a day and go. Also Ladamien McNeal, and the Baller Operator, weren't asked for a statement. They saw and heard everything that went on.

*August 29, 2019*

EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Lakeisha E. Mc Neal<br>310 Peachtree Street<br>Apartment A<br>Atmore, AL 36502 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2019-00764 | **LANEETRA D. HARRIS,** Investigator | (251) 690-2583 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*      8-14-19

Enclosures(s)      **Erika LaCour,**
**Local Office Director**      *(Date Mailed)*

cc:   **INTERNATIONAL PAPER COMPANY**

     **c/o Susan Taylor, Chief Counsel**
     **6400 Poplar Avenue**
     **Memphis, TN 38197**

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS**   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* **this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS**   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION**   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE**   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



# GRIEVANCE REPORT

**DATE:** March 1, 2019

**LOCAL NUMBER:**

**GRIEVANCE NUMBER:** 2132

**MEMBER'S NAME:** Lakeisha McNeal

**CLOCK NUMBER:**

**COMPANY:** International Paper

**DEPARTMENT:** Shipping

**SUPERVISOR:** Alfred Wallace

**WHEN DID GRIEVANCE OCCUR? DATE (on or about):** February 28, 2019 **TIME:** 1:55 a.m.

**GRIEVANCE REPORTED BY:**

## COMPLAINT

The Union charges the Company with a specific violation of Article (s) _____ and any other provisions of the Agreement that may be found to apply.

**STATE WHAT HAPPENED:**

## REMEDY REQUESTED

I would like to have the write up taken off, and receive my 3 days of pay. I would like to be moved from A-Crew. Barbara Stevens-McGinnis has harrassed me in person, and on the radio since 2014. Neal White has harrassed me twice in person in the December of 2018 meetings.

plus the Union demands that the Company cease and desist from violating the Collective Bargaining Agreement, that the incident(s) be rectified, that proper compensation, including benefits and overtime, at the applicable rate of pay, be paid for all losses; and further that those affected be made whole in every respect, including interest on any monies owed.

**SIGNATURE FOR THE UNION**                 **SIGNATURE FOR THE COMPANY**

# INTERNATIONAL PAPER

## BAY MINETTE CONTAINER

### EMPLOYEE DISCIPLINARY WARNING RECORD

**NAME:** LaKeisha McNeal  
**DEPARTMENT:** Shipping  
**CLOCK NO.:** 2132  
**DATE:** 12/20/2018

| REASON (Select One) | |
|---|---|
|  | SAFETY |
| X | JOB PERFORMANCE |
|  | INSUBORDINATION |
|  | OTHER |

| STEP (Select One) | |
|---|---|
| X | VERBAL WARNING |
|  | WRITTEN WARNING |
|  | 3-DAY SUSPENSION |
|  | TERMINATION |

**Description of Incident:**

On December 19, 2018, you failed to follow instructions that were given to you on Thursday, December 6th, 2018, regarding reporting production issues on your shift.

It is our expectation that you will communicate with your supervisor regarding any production issues.

**Consequences of Future Occurrences:**
Future incidents may result in progressive disciplinary action taken, up to and including discharge from International Paper.

By signing this document, I acknowledge receipt of same, but do not necessarily agree to the statements therein.

**Signatures:**

_____  _____
Union Representative       Employee

_____  _____
Manufacturing Manager      Supervisor

*Copies To: Human Resources, Union Local, Employee*

# INTERNATIONAL ⓐ PAPER

BAY MINETTE CONTAINER

EMPLOYEE DISCIPLINARY WARNING RECORD

**NAME:** LaKeisha McNeal  **CLOCK NO.** 2132
**DEPARTMENT:** Shipping  **DATE:** 3/1/2019

| REASON (Select One) | | STEP (Select One) | |
|---|---|---|---|
|   | SAFETY |   | VERBAL WARNING |
| X | JOB PERFORMANCE |   | WRITTEN WARNING |
|   | INSUBORDINATION | X | 3-DAY SUSPENSION |
|   | OTHER |   | TERMINATION |

**Description of Incident:**

On 2/28/2019, you left your workstation and took an unauthorized break without following the department process of notifying your A1 checker to cover your absence on the palletizer.

You are expected to take your breaks per the labor agreement, which includes a 10-minute break 2 hours into the shift, a 20-minute lunch at the midpoint of the shift, and another 10-minute break 2 hours later. You are expected to notify your A1 checker when you need to leave your work area per the shipping department normal practice.

**Consequences of Future Occurrences:**
Future incidents may result in progressive disciplinary action taken, up to and including discharge from International Paper.

By signing this document, I acknowledge receipt of same, but do not necessarily agree to the statements therein.

**Signatures:**

_____     _____
        Union Representative                              Employee

_____     _____
        Manufacturing Manager                           Supervisor

*Copies To: Human Resources, Union Local, Employee*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 425-2019-00764 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Lakeisha E. Mc Neal | (251) 368-8662 | 1981 |

Street Address: 310 Peachtree Street, Apartment A, Atmore, AL 36502

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| INTERNATIONAL PAPER | 15 - 100 | (251) 937-1910 |

Street Address: 100 Dickman Road, Bay Minette, AL 36507

*EEOC Mobile Local Office — AUG 0 6 2019 — RECEIVED*

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-28-2019    Latest: 07-26-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired in 2014 as a Utility Worker. Since November 2014, I have worked in the Shipping Department as a Palletizer Operator. I was written up by Neal White (Manufacturing Manager, White/male) on March 1, 2019 for taking an unauthorized break. White terminated my employment on July 26, 2019 because of a job performance error. I was disciplined and terminated because of my race (Black), sex (female), color, and in retaliation for filing a grievance alleging unfair treatment.

I was retaliated and discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

---

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Aug 06, 2019**<br>Date — Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

CP Enclosure with EEOC Form 5 (11/09)

PRIVACY ACT STATEMENT: Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. FORM NUMBER/TITLE/DATE. EEOC Form 5, Charge of Discrimination (11/09).

2. AUTHORITY. 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. PRINCIPAL PURPOSES. The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. ROUTINE USES. This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION. Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please notify EEOC or the state or local agency where you filed your charge if retaliation is taken against you or others who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**INTERNATIONAL PAPER**

100 DICKMAN RD.
BAY MINETTE, AL 36507

July 26, 2019

Lakeisha McNeal
310 Peachtree Street Apt. A
Atmore, AL 36502

Ms. McNeal,

On June 27th, you were involved in a job performance error in which you did not follow the shipping instruction on the VMU for a finish at the plant load. Our records indicate that your performance has reached the termination step under the facility progressive discipline process. Therefore, in accordance with the plant's rules, your employment with International Paper is terminated effective July 26, 2019.

As a terminated employee, there are a number of issues related to your benefits of which are outlined below.

- **Medical and Dental Coverage**
  You have the option to continue your group medical and dental coverage through the COBRA Plan. All benefits cease on the last day of the month of your last working day, unless you elect COBRA coverage. Information will be sent to you shortly by mail.
- **401(k) Plan**
  If you have participated in the 401(k) Plan, your benefit will be based on the value of your account, which is comprised of contributions you have made and any investment earnings/losses.

It is important to keep the company informed of your correct address and phone number. You will be receiving the Annual W2 form for filing of income tax at year end. You should call the Employee Service Center, phone number 1-888-372-2968, with any changes to your personal information.

Regretfully,

*Neal White*

Neal White
Manufacturing Manager

Cc:   Human Resources
      Union Local 9-00546

# EEOC Online Charge Status System Tip Sheet

Find out about the status of your charge of discrimination any time, day or night, using the EEOC Online Charge Status System. The system is available for charges that were filed on or after September 2, 2015.

- Access the Online Charge Status System via this link https://publicportal.eeoc.gov/portal/ or select the "My Charge Status" button on www.eeoc.gov.

- Enter your assigned charge number (found in the upper right hand corner on your discrimination charge form) and your zip code (as it appears on your discrimination charge form) to sign in. (If you have provided a new address and zip code to EEOC, use the new zip code.) You will be asked to enter a security code displayed in a box on the sign-in screen that is provided to assure additional security for the system.

- After you have signed into the Online Charge Status System, you will see the screen display pictured below. The numbers on the screen shot refer to the features explained beneath it.*



1. A quick view of the stage in the process at which your charge is currently.
2. The name and contact information of the EEOC staff member assigned to your charge or a note that your charge is pending assignment.
3. The EEOC office (and its address) that is handling your charge.
4. The specific actions the EEOC has taken on your charge, numbered sequentially, and the date of each action. (hold cursor over each action to read further details about the task).
5. The general steps in the process, with additional explanations that display when you hold your cursor over a colored box.
6. The range of next steps possible in the investigative process, which pops up when the cursor is held over this box.
7. The flow of the overall investigative process, which comes up when you click on this box.
8. Ends your session on the Online Charge Status System.

*Not every stage of the enforcement process will display for every charge, as each charge follows the process most appropriate to the facts in the charge and the stages of the investigation.*

Keep in mind that the EEOC process takes time, so there will be gaps between entries about your charge in the Online Charge Status System. Even when you do not see any change in the status of your charge, EEOC staff are hard at work.



# WHAT YOU SHOULD DO
# AFTER YOU HAVE FILED A CHARGE WITH EEOC

> ## *KEEP YOUR DOCUMENTS – BOTH PAPER AND ELECTRONIC*

Now that you have filed an EEOC charge, you must keep anything that might be evidence related to your charge. This includes ***all*** documents, communications, and electronic information that are potentially related to your EEOC charge, including the harm caused by the discrimination, and all records of your communications with the EEOC. Even if you are not sure whether the information is relevant to your discrimination claim, please do not throw it away or delete it.

> ## *WHAT INFORMATION MUST YOU KEEP?*
> - **Paper documents**, such as:
>   - Employee manuals, pay stubs, work schedules
>   - Letters, memos, your notes
>   - Pictures, drawings, charts, whether or not they contain words
> - **Electronic information**, such as:
>   - E-mails, text messages, tweets, and social media posts and pictures
>   - Voice messages, video and sound recordings
>   - Word processing documents, electronic calendar entries
> - **Electronic memory on devices or the devices themselves**, such as:
>   - Memory on computers, laptops, tablets, cell phones
>   - Computers, laptops, tablets, cell phones
>   - Do not delete, replace, alter, "wipe," or "clear" your computer hard drive, electronic tablet, or cell phone, and do not change or remove Internet posts, without retaining an electronic copy. If you dispose of any old computers, phones or devices, make sure you make and keep an electronic copy of all potentially relevant information on the device.
> - These are some examples and not a complete list.
> - If you have questions about what you should or should not do, please contact your investigator.

*Why must you keep this information?* It might be evidence related to your charge. We are required by the courts to ensure that all potentially relevant information is retained. **Please note that failure to keep these records may cause you to lose your case, or to lose the right to recover money lost due to the discrimination.**

*What happens to your information?* Your investigator will discuss with you what information is needed by the EEOC to investigate your charge. Information that you provide that happens to be private or personal in nature will not be disclosed by the EEOC during its investigation, and if the EEOC files suit on your charge, we will do our best to keep such information out of the court proceedings.

*Please see page 2 for additional important information.*

Page 1

> ## *LOOK FOR WORK IF YOU ARE OUT OF WORK*

If you lost your job or were not hired due to discrimination, you may be entitled to the pay or wages you lost. However, you cannot receive lost wages unless you can show that you looked for another job to replace the one you lost or were denied due to discrimination. In order to prove you searched for work, you must keep copies of all letters, emails, or other evidence of your job search. If you succeed in finding a new job but it pays less than the job you lost, you may be entitled to the difference in pay. Therefore, it is necessary to keep all evidence of your job search even if you find another job.

In addition to looking for work, you should keep good records of your job search so you can prove that you have tried to find a comparable job. If you are out of work because of discrimination, be sure to save *all* documents and communications, including e-mails, relating to your job search.

> ## *WHAT ARE RECORDS OF YOUR JOB SEARCH?*

The following types of information can prove that you have tried to find work:
- copies of job applications and resumes
- a list of all the companies you contact about jobs by phone, letter or in-person
- copies of e-mails or letters that you send to or receive from companies where you have asked about work or submitted an application
- a list all of the places where you apply and for each one,
  a. the date of the application;
  b. the position you were seeking;
  c. the response you received from your application, such as rejection letters or invitations to interview;
  d. whether you were interviewed and the date of the interview;
  e. the results of the interview;
  f. whether you turned down a job offer, and if you did, why
- notes about what you did to look for work (for example, searching the newspaper or Internet or contacting employment agencies) and the dates that you conduct the search
- copies of your pay stubs or earnings records if you find another job.

If you have questions about what you are required to do, please contact your investigator.

> ## *KEEP US INFORMED*

Once you file a charge with the EEOC, you must tell us if you move or get a new address, telephone number, or e-mail address. We may need to talk to you to get more information. If the EEOC cannot reach you to get necessary information, your charge may be dismissed.

> ## *CALL IF YOU HAVE QUESTIONS*

Your investigator will discuss with you the documents and other evidence we need to investigate your charge. If you have any questions, or for inquiries about the status of your case, please contact your investigator directly or call 1-800-669-4000.

Page 2

# What You Should Know Before You File A Charge With EEOC

**CAN YOU FILE A LAWSUIT BEFORE WE FINISH OUR INVESTIGATION?**

If you want to file a lawsuit in federal court before we finish our investigation, you may ask us in writing for a letter or a notice of your right to sue. If you ask more than 180 days after filing a charge, the law requires us to give it to you. If you ask before 180 days have passed, we can give you the notice only if we cannot finish our investigation within 180 days. In most cases, once we give you a notice of your right to sue, we close the case. If you file an age discrimination charge, however, you can file a suit in court after 60 days without such a notice. An individual with an EPA claim may go to court directly without filing a charge.

**WHAT HAPPENS AFTER THE INVESTIGATION?**

After we finish looking into your claims, we let you and the employer know what we decide. If we aren't able to determine that the law was violated, we will send you a letter or notice of your right to file suit in federal court. If you do not file a suit within 90 days, you will lose your right to sue in court. When the information shows that the law may have been violated, we try to settle the case in conciliation.

**WHAT IS CONCILIATION?**

When the EEOC determines that the law may have been violated, we invite you and the employer to try to settle the case. If the EEOC, you and the employer agree on how to settle your case, we will close the case. If the EEOC, you and the employer do not agree, we will decide whether to file a lawsuit in federal court or whether to provide you with a letter or a notice of your right to sue so that you can file your own lawsuit. You then have 90 days to file suit in federal court.

**WHEN DOES THE EEOC LITIGATE?**

In some cases, when the EEOC determines that the law may have been violated, and we have been unable to reach a voluntary settlement, we file a lawsuit in federal court. We get about 90,000 charges of discrimination each year and we file about 150 lawsuits each year. When the EEOC decides whether to file a lawsuit, we look at how serious the violation is, what the legal issues are, and whether other people would benefit from the lawsuit. If we decide not to sue in your case, we will give you a right to sue letter so that you can file your own lawsuit in court. You then have 90 days to file suit.

**IS RETALIATION AGAINST THE LAW?**

It is against the law for an employer to retaliate against you because you complained about job discrimination, because you gave evidence in a job discrimination matter, or because you filed a charge of job discrimination with the EEOC. If this happens to you, you should contact us as soon as possible to talk about whether you should file a retaliation charge.

**KEEP US INFORMED**

Once you file a charge with the EEOC, you must tell us if you move or get a new phone number or email address. We may need to talk to you to get more information. If the EEOC cannot reach you to get necessary information, your charge may be dismissed.

**KEEP YOUR DOCUMENTS—BOTH PAPER AND ELECTRONIC**

If you file a charge, you must keep **all** documents, communications and electronic information that might be evidence related to your charge. This includes **all** records of your communications with EEOC and records of the harm caused by the discrimination. Please also see the EEOC Handout, "What You Should Do After You Have Filed a Charge" at www.eeoc.gov.



**U.S. Equal Employment Opportunity Commission**

# What You Should Know Before You File A Charge With EEOC

1-800-669-4000 (Voice)
1-844-234-5122 (ASL Video Phone)
1-800-669-6820 (TTY)
info@eeoc.gov; www.eeoc.gov
https://egov.eeoc.gov/eas

Intake Brochure Sept. 2016

# What You Should Know Before You File A Charge With EEOC

## WHAT DOES THE EEOC DO?

The EEOC is a law enforcement agency that investigates or looks into claims that employers, employment agencies or labor organizations discriminated against employees or applicants because of their race, color, religion, sex, pregnancy, national origin, age (40 or older), disability, or genetic information. The EEOC often tries to settle charges with the help of a mediator. Sometimes, the EEOC takes cases to court. The EEOC does not charge a fee to investigate, mediate or litigate charges. The EEOC also educates employers, employees and the public about job discrimination.

## WHAT IS THE FIRST STEP?

If you believe you have experienced job discrimination, you should contact us. We will ask you why you believe the employer discriminated against you. We may ask you to fill out a questionnaire. Be sure to give us any evidence you have to show that discrimination occurred. Based on your answers and the information you give us, we will tell you if your claim fits within the laws we enforce. In any case, you have the right to file a charge of job discrimination to keep your right to file in federal court.

## WHAT IS A CHARGE?

A charge is a signed, written complaint about a negative job action that you believe was based on race, color, religion, sex, pregnancy, national origin, age, disability, or genetic information that requests that the EEOC or a state or local government agency with similar laws take action to remedy the discrimination. EEOC has a form for filing charges to make sure you give us the specific information needed. EEOC staff will assist you in writing your charge. We will ask you to read and sign it. You will receive a copy of the charge with a charge number.

## TIME LIMITS TO FILE A CHARGE

You have either 180 or 300 days from the day you knew about the negative job action to file a charge. It depends on whether the employer is located in a place where a state or local government agency has laws similar to the EEOC's laws. We can help you figure out how much time you have. Act quickly to keep your rights by signing and filing a timely charge.

## DO YOU HAVE THE RIGHT TO A LAWYER?

You have the right to bring a lawyer with you when you talk to the EEOC but you do not have to have one. If you would like to have a lawyer speak for you with the EEOC, your lawyer must give us a letter that tells us he or she represents you. The EEOC cannot provide a lawyer for you and cannot pay for the cost of your lawyer.

## WHAT HAPPENS WHEN YOU FILE A CHARGE?

When you file a charge, the EEOC must give the employer accused of discrimination a copy of your charge, which includes your name. If you contact us but decide not to file a charge, we will not tell the employer that you contacted us. If you do not file a charge, you will not be able to file suit in federal court based the laws we enforce, with one exception: individuals with Equal Pay Act (EPA) claims may go to court without filing a charge but must file with a court within two years of the negative job action (or three if the action is willful). If the EEOC does not have jurisdiction, or if your charge is untimely, we will close your charge quickly. We may also close your charge quickly if we decide that we probably will not be able to find discrimination. Then, we will give you a letter or notice of your right to file suit in federal court within 90 days. If we do not close your charge quickly, we may send it to mediation or to investigation.

## WHAT IS MEDIATION?

Before we look into your claims, the EEOC sometimes asks if you and the employer would like to try to settle your case with the help of a mediator. Both you and the employer must agree to mediate for mediation to occur. The mediator does not decide who is right or wrong. Instead, the mediator tries to help you and the employer settle your claims. What you talk about in mediation is private. If you and the employer agree on how to settle your case, the EEOC will close your case. If you and the employer do not agree on how to settle your case, we will send your case to investigation.

## HOW DO WE INVESTIGATE?

If your charge is not otherwise resolved, the EEOC will assign an investigator as soon as we can to look into your claims. The investigator does not take sides. The investigator may ask you for the names of people who have information about your claims of discrimination, and may talk to some or all of them. You should give the investigator anything you have in writing that helps to prove your claims. The investigator will usually ask the employer to tell their side of the story as well. We may also request a written position statement from the employer. If so, you may request a copy of the employer's position statement. You will have an opportunity to respond to the position statement. We will review the information provided by you and by the employer to make a decision in your case. If we aren't able to determine that the law was violated, the EEEOC will send you a letter or notice of your right to file a suit in court. The time it takes to resolve a charge can vary greatly, depending on the facts of the case and the size of our workload. It may take six to nine months or even longer to process your charge.