# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAKEISHA E. McNEAL,        ) | |
|     Plaintiff,         ) | |
|                    ) | |
| v.         ) | CIVIL ACTION NO. 1:19-00602-KD-N |
|                    ) | |
| INTERNATIONAL PAPER,        ) | |
|     Defendant.         ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 30) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated April 9, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Section 8(C) of the Plaintiff's complaint completed on court form (Doc. 4, PageID.25), which could be construed as asserting a claim under the Age Discrimination in Employment Act of 1967, is **STRICKEN** *sua sponte* under Federal Rule of Civil Procedure 12(f)(1) as immaterial, and that the Defendant's motion to partially dismiss under Federal Rule of Civil Procedure 12(b)(6) (Doc. 13) is therefore **DENIED** as **MOOT**.

**DONE** and **ORDERED** this the 30th day of April 2020.

                                                /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**