# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAKEISHA McNEAL,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>)  CIVIL ACTION NO. 1:19-cv-602-KD-N<br>) |
| INTERNATIONAL PAPER,<br>    Defendant. | )<br>) |

## JUDGMENT

In accordance with the Order granting summary judgment issued on this date, it is

**ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of Defendant International Paper and against Plaintiff Lakeisha McNeal.

**DONE** and **ORDERED** this the **21st day** of **July 2021**.

　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**